IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:14-CR-00206-F-4

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| TERRY MATTHEW HALL | ) | |
| | ) | |

This matter is before the court *sua sponte*. On November 3, 2015, at Defendant Terry Matthew Hall's sentencing hearing, Mr. Hall was ordered to pay restitution to the United States Drug Enforcement Agency in the amount of $3,458.08. It has come to the court's attention that Mr. Hall should have been held jointly and severally liable for a portion of this amount with codefendant Dolly Wadsworth Evans, 5:14-CR-00206-F-7. Accordingly, the court's order regarding restitution as to Defendant Terry Matthew Hall is hereby VACATED, and the following order issued in its place:

Defendant Terry Matthew Hall is ORDERED to make restitution to the following victim in the following amounts:

| | |
|---|---|
| Victim Name: | United States Drug Enforcement Administration |
| Victim Address: | Attn: Hazardous Waste Section (SFH)/Restitution Coordinator |
| | 8701 Morrissette Drive |
| | Springfield, VA 22152 |
| Amount: | $1,502.38 |

The court finds that the defendant is without the ability to pay interest so interest is, therefore, waived. The defendant shall be held jointly and severally liable for restitution along with the codefendant in this case:

| | |
|---|---|
| Codefendant name: | Dolly Wadsworth Evans |
| Docket Number: | 5:14-CR-206-F-7 |
| Amount: | $1,955.70 |

SO ORDERED.

This the 16 day of November, 2015.

_____
JAMES C. FOX
Senior United States District Judge